STATE v. DUGGINS

No. 440P99

Case below: 131 N.C.App. 154

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 November 199.

STATE v. EARHART

No. 372A99

Case below: 134 N.C.App. 130

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 October 1999.

STATE v. ELLIS

No. 359P99

Case below: 130 N.C.App. 596

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999.

STATE v. FITE

No. 231P99

Case below: 132 N.C.App. 823

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999.

STATE v. FULLWOOD

No. 37A86-4

Case below: 349 N.C. 234 and Buncombe County Superior Court

Motion by defendant to reconsider the denial of the petition for writ of certiorari (in light of the Grant of Certiorari in *State v. Sexton* and *State v. Williams*) dismissed 4 November 1999.